Name and address:

J. Stephen Simms
Simms Showers LLP, 201 International Circle,
Suite 230, Baltimore, Maryland 21030

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Alto Navigation Ltd. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 22-490 |
| v. | |
| Daewoo Logistics Corp. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Simms, J. Stephen
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Simms Showers LLP
*Firm/Agency Name*

201 International Circle            410-783-5795              410-510-1789
Suite 230                           *Telephone Number*        *Fax Number*
*Street Address*

Baltimore, Maryland 21030           jssimms@simmsshowers.com
*City, State, Zip Code*             *E-mail Address*

I have been retained to represent the following parties:

Alto Navigation Ltd.                [X] Plaintiff(s) ☐ Defendant(s) ☐ Other:
                                    ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other:
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Court of Appeals of Maryland | 12/20/1985 | Yes |
| U. S. District Court, District of Maryland | 11/09/1983 | Yes |
| District of Columbia Court of Appeals | 09/18/1984 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:21-mc-1118-PA-RAx | In Re the Petition of Mobilboxx Europe GmbH | 12/21/2021 | Pending |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank box]

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 24, 2022

J. Stephen Simms
Applicant's Name (please type or print)

[signature]
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Klein, Neil B.
*Designee's Name (Last Name, First Name & Middle Initial)*

McKASSON & KLEIN LLP
*Firm/Agency Name*

| | | |
|---|---|---|
| 18401 Von Karman Ave. | (949) 724-0200 | (949) 724-0201 |
| Suite 330 | *Telephone Number* | *Fax Number* |
| *Street Address* | neilk@mckassonklein.com | |
| Irvine, CA 92612 | *Email Address* | |
| *City, State, Zip Code* | 142734 | |
| | *Designee's California State Bar Number* | |

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  January 20, 2022

Neil B. Klein
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Please see attached page: J. Stephen Simms - List of Bar Memberships as of December 21, 2021
and
Current Certificate of Good Standing, Maryland Court of Appeals

G-64 (09/20)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 3 of 3

**J. Stephen Simms – List of Bar Memberships**
**As of December 20, 2021**

| Bar Code / ID | Jurisdiction | Date of Admission/Status |
| --- | --- | --- |
| None | U.S. Supreme Court | 10/21/2002 Active |
| None | U.S. Court of Federal Claims | 11/22/2006 Active |
| None | U.S. Court of International Trade | 01/19/1984 Active |
| 382388 | U.S. District Court - District of Columbia | 09/14/1992 Active |
| 04269 | U.S. District Court - Maryland | 08/16/1985 Active |
| None | U.S. District Court – Northern Illinois | 12/21/1983 Active |
| None | U.S. District Court – N.Y. Western District | 12/21/2015 Active |
| None | U.S. Court of Appeals - 2nd Circuit | 02/01/2010 Active |
| None | U.S. Court of Appeals – 3rd Circuit | 10/02/1985 Active |
| None | U.S. Court of Appeals – 4th Circuit | 10/18/1985 Active |
| None | U.S. Court of Appeals - 5th Circuit | 07/18/2002 Active |
| None | U.S. Court of Appeals – 7th Circuit | 12/30/1983 Active |
| None | U.S. Court of Appeals – 9th Circuit | 11/30/2005 Active |
| None | U.S. Court of Appeals – 11th Circuit | 09/12/1995 Active |
| 53972 | U.S. Court of Appeals – D.C. Circuit | 02/15/2012 Active |
| 382388 | D.C. Court of Appeals | 09/12/1995 Active |
| 6185958 | Illinois Supreme Court | 11/09/1983 Inactive |
| 198-512-010-574 | Maryland Court of Appeals | 12/20/1985 Active |

# Court of Appeals of Maryland
## Annapolis, MD



# CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Suzanne Johnson, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of December, 1985,

## John Stephen Simms

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fifth day of January, 2022.



Clerk of the Court of Appeals of Maryland